IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

UNITED STATES OF AMERICA, )
)
) Criminal Case No.
) 7:19 CR 00024
v. )
) 
XYLINA Fanchon Barlow )
)
Defendant(s). )

## CONSENT TO PROCEED BY VIDEO CONFERENCE

Defendant  Xylina Barlow  hereby voluntarily consents to participate in the following proceeding via videoconferencing:

- [ ] Initial Appearance/Appointment of Counsel
- [ ] Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)
- [ ] Preliminary Hearing on Felony Complaint
- [ ] Bail/Revocation/Detention Hearing
- [ ] Status and/or Scheduling Conference
- [ ] Misdemeanor Plea/Trial/Sentence
- [x] Felony Guilty Plea
- [ ] Felony Sentencing

_Xylina Barlow_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_Xylina Barlow_
Print Defendant's Name

_[signature]_
Defense Counsel's Signature

Robert Hagas
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

May 6, 2021
Date

_[signature]_
Michael F. Urbanski
Chief U.S. District Judge
2021.05.06 18:15:33 -04'00'

U.S. District Judge/U.S. Magistrate Judge